1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NICOLET SELL, an individual, | Case No.: 21-cv-10064-DMR |
| Plaintiff, | Judicial Officer: Donna M. Ryu<br>Dept.: Courtroom 4 |
| v. | |
| SAMUEL A. YOUNG, an individual; VOLTAGE VESSELS, LLC, a Hawaii Limited liability company; and DOES 1 through 50, inclusive, | **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND/OR CHANGE VENUE AND TO CONTINUE HEARING ON MOTION TO DISMISS AND/OR CHAGNE VENUE** |
| Defendants. | |

The Court, having considered the Joint Stipulation for Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss and/or Change Venue and to Continue Hearing on Motion to Dismiss and/or Change Venue, entered into by and between Plaintiff Nicolet Sell, and Defendants Samuel A. Young and Voltage Vessels, LLC, through their counsel of record, and the Court having approved of the Joint Stipulation for good cause shown,

**IT IS HEREBY ORDERED:**

1. Plaintiff's response to Defendants' Motion to Dismiss and/or Change Venue is now due February 10, 2022; and

2. The hearing on Defendants' Motion to Dismiss and/or Change Venue is continued to March 24, 2022 at 1:00 p.m. in Oakland - by videoconference.

Dated: January 12, 2022

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Honorable Donna M. Ryu
United States Magistrate Judge

2
ORDER

CASE NO. 21CV10064